IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TIMOTHY E. DAMRON,<br><br>*Plaintiff*,<br><br>v.<br><br>HOUSTON COUNTY, TEXAS; KRISTINA MASSEY, *in her individual and official capacity*; DWIGHT L. PHIFER, *in his individual and official capacity*; JOHN/JANE DOES 1-5; FEDERAL CASE NO. SA-21-CA-0665-XR; and CAUSE NO. 20-12-00335, *named as an administrative instrumentality*,<br><br>*Defendants*. | §§§§§§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 9:25-CV-00211-MJT |

**ORDER ADOPTING THE REPORT AND**
**RECOMMENDATION OF THE MAGISTRATE JUDGE [Dkt. 16]**

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. T<small>EX</small>. L<small>OC</small>. R. CV-72.

On October 7, 2025, Judge Stetson recommended [Dkt. 16] denying as moot Plaintiff's Motion for Temporary Restraining Order (TRO) and Injunctive Relief [Dkt. 2]. Plaintiff objected to [Dkt. 23] and moved for *de novo* review of [Dkt. 24] Judge Stetson's Report and Recommendation.

### I. Plaintiff's Motion for *de novo* Review

A ruling on a motion to dismiss is a "case-dispositive matter." *See* FED. R. CIV. P. 72(b). A magistrate judge's report and recommendation on a case-dispositive matter is subject to *de novo* review whenever a party files specific objections to it. FED. R. CIV. P. 72(b)(3). Under Local Rule CV-72(c), parties may file such objections, but "[n]o further briefing is allowed absent leave of court." Accordingly, Plaintiff's Motion for *de novo* Review of Judge Stetson's Report and Recommendation [Dkt. 24] is DENIED as improper.

### II. Plaintiff's Objections to Judge Stetson's Report and Recommendation

Plaintiff mailed 11 numbered pages as his objections, but objections are limited to eight (8) pages. The Court strikes pages 9 through 11.[1] *Cf.* E.D. TEX. LOC. R. CV-7(k). Plaintiff spends much of his objections discussing this case in general, and how Judge Stetson did not discuss the facts of the case in detail in her Report and Recommendation. However, many facts of this case are irrelevant as it relates to Judge Stetson's Report and Recommendation [Dkt. 16], which concerns only a very narrow part of this case—Plaintiff's Motion for TRO and Injunctive Relief [Dkt. 2], which Judge Stetson recommended denying as moot. Plaintiff does object to this finding too [Dkt. 23 at 4–5], and thus this Court affords him *de novo* review of his Motion.

Plaintiff's Motion sought (1) "[a] Temporary Restraining Order enjoining the [Texas state] trial court from proceeding in [Criminal] Cause No. 20-12-00335 until resolution of Plaintiff's mandamus in the Texas Court of Criminal Appeals," (2) "[a] Preliminary Injunction upon hearing to maintain the status quo pending appellate resolution" of that mandamus petition, and (3) "[a]ny additional or alternative relief the Court deems just and appropriate." [Dkt. 2 at 3].

---

[1] Page 9 is a certificate of service. Pages 10 and 11, though numbered by Plaintiff, are blank.

Judge Stetson located Plaintiff's mandamus petition with the Texas Court of Criminal Appeals and took judicial notice of its status. [Dkt. 16 at 2 n.1]. This Court also takes judicial notice of its status, and similarly finds that it was denied as August 6, 2025. *See* [*id*. (citing https://search.txcourts.gov/Case.aspx?cn=WR-95,065-02&coa=coscca)]. As such, Plaintiff's first and second requests for relief in his Motion [Dkt. 2] are moot. Regarding his third request, the Court does not see what additional relief is warranted pertaining to Plaintiff's Motion. The overall relief he seeks in this case is not the subject of this order, and relief he did seek in his Motion cannot be granted because his "mandamus petition filed in the Texas Court of Criminal Appeals in Austin, Texas on July 14, 2025[,]" has been denied. [Dkt. 2 at 1].

### III. Order

Plaintiff's Motion for *de novo* Review [Dkt. 24] is DENIED as improper. Plaintiff's objections [Dkt. 23] are overruled. The Report and Recommendation [Dkt. 16] is ADOPTED. Plaintiff's Motion for TRO and Preliminary Injunction [Dkt. 2] is DENIED as moot.

**SIGNED this 1st day of December, 2025.**

Michael J. Truncale
United States District Judge