IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TIMOTHY E. DAMRON, § | |
|  § | |
| *Plaintiff*, § | |
|  § | |
| v. § | CIVIL ACTION NO. 9:25-CV-00211-MJT |
|  § | |
| HOUSTON COUNTY, TEXAS; § | |
| KRISTINA MASSEY, *in her* § | |
| *individual and official capacity*; § | |
| DWIGHT L. PHIFER, *in his* § | |
| *individual and official capacity*; § | |
| JOHN/JANE DOES 1-5; FEDERAL § | |
| CASE NO. SA-21-CA-0665-XR; and § | |
| CAUSE NO. 20-12-00335, *named as* § | |
| *an administrative instrumentality*, § | |
|  § | |
| *Defendants*. § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE [Dkt. 26]

Pursuant to 28 U.S.C. § 636 and the Local Rules of Court for the Assignment of Duties to United States Magistrate Judges, the district court referred this proceeding to the Honorable Christine L. Stetson, United States Magistrate Judge, to conduct all pretrial proceedings, to enter findings of fact and recommend disposition on case-dispositive matters, and to determine non-dispositive matters. *See* 28 U.S.C. § 636(b)(1); E.D. TEX. LOC. R. CV-72.

On October 21, 2025, Judge Stetson recommended [Dkt. 26] denying as moot Defendant Judge Dwight L. Phifer's Motion to Dismiss [Dkt. 8] because Plaintiff amended his complaint and Defendant Phifer filed an Amended Motion to Dismiss [Dkt. 20]. On November 5, 2025, the Clerk of Court received "Plaintiff's Limited Objection to Report and Recommendation (and Notice of Pending Motion to Deem Matters Admitted and Facts Established)" [Dkt. 32].

### I. Plaintiff's Filing

In his limited objection, Plaintiff states that he "agrees with [Judge Stetson's] conclusion and raises no objection to its adoption." [Dkt. 32 at 2]. Accordingly, the Report and Recommendation [Dkt. 26] is ADOPTED. In the remaining portions of his objection, Plaintiff, in excess of the eight-page limit on objections, E.D. TEX. LOC. R. CV-72(c), dedicates significant time to discussing the facts of this case. He talks of preserving errors for appeal, evidentiary standards only applicable at summary judgment, and his other claims in this case. That will all come in due course, but for now it is irrelevant. Objections to the reports and recommendations of magistrate judges serve a single purpose; they must be succinct, coherent, specific, and limited to the substance of the report and recommendation to which the objections are raised.

### II. Order

Plaintiff's objection [Dkt. 32] is OVERRULED. The Report and Recommendation [Dkt. 26] is ADOPTED. Defendant Phifer's first Motion to Dismiss [Dkt. 8] is DENIED as moot.

**SIGNED this 1st day of December, 2025.**

Michael J. Truncale
United States District Judge